■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON HARRIS, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed July 13, 1984.

Ordered that the sentence is affirmed.

The sentence imposed was the one for which the defendant

freely bargained as part of the negotiated plea agreement. Thus, he has no cause for complaint *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.